UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,    )
                             )
v.                           )          No. 1:06-cr-00069-TRM/MJD
                             )
FITZGERALD BIBBINS           )

## MEMORANDUM AND ORDER

Defendant Fitzgerald Bibbins appeared for a hearing on May 15, 2026, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition and Order for Warrant for an Offender Under Supervision [Doc. 496] (the "Petition") in the above matter.

Defendant was placed under oath and informed of his constitutional rights. The Court determined that Defendant wished to be represented by an attorney and qualified for appointed counsel. The Court therefore appointed Attorney Neal Pinkston to represent Defendant. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a detention hearing but reserved the right to request a detention hearing upon motion at a later date. Defendant requested a preliminary hearing. By agreement of the parties, a preliminary hearing was set for May 18, 2026, before this Court.

Accordingly, the Court **ORDERS** that:

(1) A preliminary hearing be set on May 18, 2026, at 1:30 p.m. before this Court.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:

s/
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE